# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0078
_____

MARSHAUN WEST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.

December 19, 2023

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marshaun West, pro se, Appellant.

Ashley Moody, Attorney General, and Ravi N. Sharma, Assistant Attorney General, Tallahassee, for Appellee.